# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DEBORAH MINK,　　　　　　　　　　　　　　　　Case No. 1:17-cv-282

　　　　　Plaintiff,　　　　　　　　　　　　　　　Barrett, J.
　　　　　　　　　　　　　　　　　　　　　　　　Bowman, M.J.
v.

COMMISSIONER OF SOCIAL SECURITY,

　　　　　Defendant.

## REPORT AND RECOMMENDATION

Pursuant to local practice, this social security case has been referred to the undersigned magistrate judge for initial review and a report and recommendation. On August 7, 2017, the parties filed a joint motion/stipulation.

Accordingly, it is **RECOMMENDED THAT:**

The Parties' Joint Motion to Remand (Doc. 6) should be GRANTED, with the Commissioner's decision to be reversed and remanded for further consideration under sentence four of 42 U.S.C. § 405(g), in accordance with the Parties' joint motion/stipulation.

　　　　　　　　　　　　　　　　　　　　　　　　 *s/ Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　　　　　　　Stephanie K. Bowman
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DEBORAH MINK,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 1:17-cv-282

Barrett, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).